THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Appellant,
 
 
 

v.

 
 
 
Daniel Paul Hamilton,       
Respondent.
 
 
 

Appeal From Greenville County
Joseph J. Watson , Circuit Court Judge

Unpublished Opinion No.  2003-UP-246
Submitted January 29, 2003 - Filed April 
 2, 2003 

REVERSED

 
 
 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Senior Assistant Attorney General Norman M. Rapoport, of Columbia; Solicitor 
 Robert M. Ariail, of Greenville; for Appellant.
Michael  Barcroft, of Greenville; for Respondent.
 
 
 

PER CURIAM: The State appeals the circuit courts 
 decision to reverse a magistrates court conviction for reckless driving.  The 
 State argues that the circuit judge erred in reversing because sufficient evidence 
 existed to support the conviction.  We agree and  reverse 
 [1] pursuant to Rule 220, SCACR, and the following authorities: State 
 v. Kelsey, 331 S.C. 50, 62, 502 S.E.2d 63, 69 (1998) (If there is any direct 
 evidence or any substantial circumstantial evidence reasonably tending to establish 
 the guilt of the accused, an appellate court must find that the case was properly 
 submitted to the jury); State v. Huggins, 325 S.C. 103, 110, 481 S.E.2d 
 114, 118 (1997) (stating that evidence must be viewed in the light most favorable 
 to the State when reviewing the denial of a motion for a directed verdict in 
 a criminal case); State v. Gilliam, 270 S.C. 345, 242 S.E.2d 410 (1978) 
 (holding circuit court erred in reversing criminal conviction in magistrates 
 court where there was sufficient evidence to submit the case to the jury); State 
 v. Henderson, 347 S.C. 455, 457, 556 S.E.2d 691, 692 (Ct. App. 2001) (stating 
 that in criminal appeals from magistrate or municipal court, the circuit court 
 does not conduct a de novo review, but instead reviews for preserved 
 error raised to it by appropriate exception); State v. Head, 330 S.C. 
 79, 87, 498 S.E.2d 389, 393 (Ct. App. 1997) (same); S.C. Code Ann. § 18-3-70 
 (1986) (setting forth the appeals process for reckless driving); S.C. Code Ann. 
 § 56-5-2920 (1991) (Any person who drives any vehicle in such a manner as to 
 indicate either a willful or wanton disregard for the safety of persons or property 
 is guilty of reckless driving.).
REVERSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.